FILED

APR 1 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **1:26 CR 0 0 18 3** |
| | ) | Title 18, United States Code, |
| LUZ M. HUERTA GOMEZ, | ) | Sections 3146(a)(2), (b)(1)(A)(i), |
| | ) | and (b)(2) |
| Defendant. | ) | **JUDGE ADAMS** |

COUNT 1
(Failure to Surrender for Service of Sentence, 18 U.S.C. §§ 3146(a)(2), (b)(1)(A)(i), and (b)(2))

The Grand Jury charges:

1.     On or about December 19, 2017, in the Northern District of Ohio, Eastern Division, Defendant LUZ M. HUERTA GOMEZ, having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting surrender for service of sentence after conviction in the United States District Court for the Northern District of Ohio for a violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846, an offense punishable by life imprisonment, in Case No. 5:16-CR-00150, and having been directed by the court to surrender for service of sentence as directed by the United States Marshals Service, did knowingly and willfully fail to surrender for service of sentence as ordered by the court, in violation of 18 U.S.C. §§ 3146(a)(2), (b)(1)(A)(i), and (b)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.